HENRY R. WINTHROP et al., Copartners Doing Business under Name of WINTHROP, MITCHELL & Co., Respondents, *v.* DANIEL LOEWENTHAL et al., Appellants, Impleaded with Others.

Argued March 3, 1941; decided April 17, 1941.

*Milton P. Kupfer, Raphael E. Kalvin* and *Eli S. Silberfeld* for appellants.

*John F. Murray* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.